Exhibit 1

Case: 1:26-cv-03488 Document #: 1-1 Filed: 03/30/26 Page 1 of 3 PageID #:9

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-432-750

**Effective Date of Registration:**
January 14, 2025
**Registration Decision Date:**
February 12, 2025

---

## Title

**Title of Work:**  Graphic Tropical Hibiscus

## Completion/Publication

**Year of Completion:**  2018
**Date of 1st Publication:**  April 27, 2018
**Nation of 1st Publication:**  United States

## Author

- **Author:**  Caroline-Claire Sarrette Belorgey
  **Pseudonym:**  Caroline Sarrette
  **Author Created:**  2-D artwork
  **Citizen of:**  United States

## Copyright Claimant

**Copyright Claimant:**  Caroline-Claire Sarrette Belorgey
225 S 18th Street, Unit 1216,, Philadelphia, PA, 19103, United States

## Rights and Permissions

**Name:**  Caroline-Claire Sarrette Belorgey
**Email:**  caroline.sarrette@gmail.com
**Address:**  225 S 18th Street, Unit 1216,
Philadelphia, PA 19103 United States

## Certification

**Name:**  David Denholm
**Date:**  January 14, 2025

Page 1 of 2

