**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CAROLINE-CLAIRE SARRETTE BELORGEY,

    Plaintiff,                               Case No.: 1:26-cv-03488

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

**<u>SCHEDULE A TO COMPLAINT</u>**

| No. | Defendants |
|---|---|
| 1 | Zeiyignr |
| 2 | PesLi Ied |
| 3 | Huilaibazo Store |
| 4 | Kinple Store |
| 5 | Kuluzego |
| 6 | BUERCWS Shopping Online |
| 7 | KEGIRLOM |
| 8 | Yiz-MAI |
| 9 | QJQ&A |
| 10 | MANLINGYA |
| 11 | IAJDKMEK |
| 12 | CTKEFZC. |
| 13 | TingM(US Store) |
| 14 | NIAIOCTI |
| 15 | YCW231212 |
| 16 | Donchaanfuuy |
| 17 | meisly |
| 18 | SXMURP Black Friday Deals 2024 50% Off |
| 19 | AMXYFBK(7-15 days delivery ) ★ ★ ★ ★ ★ |
| 20 | HanYuWang⚡Black Friday Deals⚡7-15 Days |
| 21 | SHOWONSKY |
| 22 | FUBUYDE |
| 23 | Lightning Deals of Today Prime(JINFFVB) |

1

| 24 | Deal of the Day Clearance |
| 25 | Barnrae |
| 26 | YinghengFushi-US |
| 27 | Soesdemo |
| 28 | USAQosmon |
| 29 | Xysaqa |
| 30 | Good Life |
| 31 | NSLGXD |
| 32 | Abomasnow |
| 33 | Ashidun |
| 34 | gauplo |
| 35 | Lolmot |
| 36 | Pejock |
| 37 | Mgmyaa |
| 38 | PengYanTe |
| 39 | Yardsong |
| 40 | FAVIPT |
| 41 | Uscallm |
| 42 | wansuoman |
| 43 | TZQ Trade |
| 44 | Titcea |
| 45 | Minghe |
| 46 | IROINNID |
| 47 | fartey |
| 48 | VBTAPA Fashion Clothes |
| 49 | Pinkblack |
| 50 | DIOAZUD |
| 51 | Teissuly Direct |
| 52 | POROPL Store |
| 53 | BUIgtTklOP |
| 54 | Isvgxsz |
| 55 | miman |
| 56 | leinoujn |
| 57 | Bufgaceh |
| 58 | HONHUZH |
| 59 | Miluxas Clearance |
| 60 | ChaoHeng |
| 61 | GAOSHeng |

| 62 | Ogiraw |
| 63 | YOTMKGDO |
| 64 | QIOIUPZ |
| 65 | WTXUE CO.Ltd |
| 66 | Womens cost effective clothing |
| 67 | Velvet Lace |