**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CAROLINE-CLAIRE SARRETTE BELORGEY,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:26-cv-03488

Judge Georgia N. Alexakis

Magistrate Judge Young B. Kim

**<u>AMENDED SCHEDULE A TO COMPLAINT</u>**

| No. | Defendant |
|-----|-----------|
| 1 | Velvet Lace |